No. 929.  GLOBE ASPHALT COMPANY, PETITIONER, *v.* UNION CONSTRUCTION & DEVELOPMENT COMPANY ET AL.   May 31, 1910.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. E. V. Brookshire* and *Mr. Joseph H. Call* for the petitioner.  *Mr. William Grant, Mr. Harry H. Hall* and *Mr. J. Blanc Monroe* for the respondents.

---

No. 930.  RANSOME CONCRETE MACHINERY COMPANY, PETITIONER, *v.* UNITED CONCRETE MACHINERY COMPANY.   May 31, 1910.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.  *Mr. Charles L. Sturtevant* for the petitioner.  *Mr. Stephen J. Cox* for the respondent.